

Dan Mcmillan <dan.mcmillan@beechgrove.com>

## (no subject)
1 message

**Brenda Michael** <brenda.michael@beechgrove.com>  Fri, Nov 15, 2013 at 8:35 AM
To: Dan Mcmillan <dan.mcmillan@beechgrove.com>

November 15, 2013

Dan,

Please accept this letter as my two-week notice of resignation. My last day with the City of Beech Grove will be November 29, 2013.

Over the past eight months I received very little instruction on how to carry out my duties, yet a significant amount of criticism and blame. I no longer am comfortable working in the type of environment where asking for advice or direction often leads to discourteous and threatening e-mails. When I started with the City of Beech Grove, I was excited to learn and begin my career. Unfortunately, the unclear procedures and expectations have led to unfair and unnecessary reprimands. This along with unequal treatment of employees is what has made my resignation necessary.

I regret having to leave, I really enjoyed working with the people and will miss them.

Sincerely,


Brenda Michael

CONFIDENTIALITY NOTICE: The information contained in this e-mail and any accompanying documents is intended for the sole use of the recipient to whom it is addressed, and may contain information that is privileged, confidential, and prohibited from disclosure under applicable law. If you are not the intended recipient, or authorized to receive this on behalf of the recipient, you are hereby notified that any review, use, disclosure, copying, or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by e-mail and destroy all copies of the original message. Thank you.